IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SOLVE TOGETHER, LLC**, *et al.*,<br><br>Plaintiffs,<br><br>*v.*<br><br>**FEDEX CORPORATION**, *et al.*,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 22-2090-KSM |

## ORDER

**AND NOW**, this 4th day of October, 2022, upon consideration of Defendant FedEx Corporate Services, Inc.'s Motion to Transfer (Doc. No. 12) and the Memorandum of Law in Support of Plaintiffs' Opposition to Defendant FedEx Corporate Services, Inc.'s Motion to Transfer Venue (Doc. No. 23), it is hereby **ORDERED** as follows:

1. Defendant FedEx Corporate Services, Inc.'s Motion to Transfer (Doc. No. 12) is **GRANTED**.

2. The Clerk of Court is directed to **TRANSFER** this lawsuit to the United States District Court for the Western District of Tennessee pursuant to 28 U.S.C. § 1404(a).

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.